**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **WAKEEL ABDUL-SABUR,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:15cv00492** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **GAIL JONES,** *et al.*, | ) | **By: Norman K. Moon** |
| **Defendants.** | ) | **United States District Judge** |

This matter is before me on Abdul-Sabur's motion to reconsider my order denying his motion for a temporary restraining order in this civil rights action filed pursuant to 42 U.S.C. § 1983. By order entered March 21, 2016, I denied Abdul-Sabur's motion without prejudice because he failed to demonstrate that he is likely to succeed on the merits of his claim or that he is likely to suffer "actual and imminent" irreparable harm in the absence of relief. In his instant motion, Abdul-Sabur asks the court to reconsider his motion because he received four disciplinary infractions between December 2015 and February 2016, he served over fifty days in punitive segregation, he was fined $30, he lost seven years of good conduct time, and he was verbally threatened "over three months ago" that if he did not stop running his mouth, he "would regret that [he] had never been born." Having reviewed Abdul-Sabur's instant motion and pertinent portions of the record, I conclude that the motion was properly denied. Accordingly, it is hereby **ORDERED** that Abdul-Sabur's motion for reconsideration (Docket No. 52) is **DENIED**.

The Clerk is directed to send a copy of this order to the parties.

**ENTER**: This 31st day of March, 2016.

*Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE