IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **WAKEEL ABDUL-SABUR,** | ) | Civil Action No. 7:15cv00492 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **GAIL JONES,** *et al.*, | ) | By: Robert S. Ballou |
| Defendants. | ) | United States District Judge |

This matter is before the court on Abdul-Sabur's motion (Docket No. 12) asking the court to accept his financial documentation filed in response to the court's conditional filing order, as timely filed. Upon consideration of the motion, it is hereby **ORDERED** that the motion is **GRANTED** and the financial documentation shall be deemed timely filed.

The Clerk shall send a copy of this order to the parties.

        Enter: April 25, 2016

        */s/ Robert S. Ballou*

        Robert S. Ballou
        United States Magistrate Judge