# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| WAKEEL ABDUL-SABUR, | ) | Civil Action No. 7:15cv00492 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GAIL JONES, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motion for summary judgment (Docket No. 96) is **GRANTED** and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 14th day of September, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE